**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

FERNANDO GREEN                                                                 PLAINTIFF

V.                                             CIVIL ACTION NO.: 2:11-cv-173-MPM-JMV

FAURECIA AUTOMOTIVE SEATING, INC.                           DEFENDANT

**ORDER STAYING PROCEEDINGS PENDING RULING
ON MOTION TO DISMISS AND TO COMPEL BINDING ARBITRATION**

This cause is before the Court on the Motion (# 26) of Defendant Faurecia Automotive Seating, Inc. to stay all proceedings pending a ruling on the Motion to Dismiss and to Compel Binding Arbitration. Having considered the motion, the Court finds it to be well-taken.

Wherefore, premises considered, it is hereby ORDERED that:

1) Disclosure requirements, discovery, and all proceedings not related to Faurecia's Motion to Dismiss and to Compel Binding Arbitration are stayed pending a ruling on said motion;

2) Faurecia does not have to respond to the discovery propounded by Plaintiff, including Requests for Admissions; and

3) In the event Faurecia's Motion to Dismiss and to Compel Binding Arbitration is denied, counsel for Faurecia shall contact the undersigned within ten (10) days of the filing of such order to schedule a telephonic case management conference during which new deadlines, as well as deadlines for Faurecia to respond to Plaintiff's Interrogatories, Request for Production and Request for Admissions, will be

established. Counsel for Faurecia shall also submit a proposed order lifting the stay within this time period.

SO ORDERED, this the 5th day of December, 2011.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE